**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Lee COOPER, Defendant–**
**Appellant.**

No. 02–11322.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 31, 2003.

David Lee Jarvis, Nancy E. Larson, Assistant US Attorneys, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Ronald Lee Cooper, pro se, Federal Medical Center, Fort Worth, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, court-appointed counsel for Ronald Lee Cooper, has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cooper has received a copy of counsel's motion and brief, but has not filed a response. Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.